

**ORDERED in the Southern District of Florida on August 30, 2017.**

Robert A. Mark, Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **In re:** | **CASE NO.: 16-26973-RAM** |
| **Jadis Albenis Rambao** | **CHAPTER 13** |
| Debtor(s) / | |

### ORDER SUSTAINING OBJECTION TO CLAIM #10-1 OF UNITED CONSUMER FINANCE SERVICES, LLC

THIS CASE came on to be heard on August 15, 2017 on the Debtor's Objection to Claim #10-1 filed by United Consumer Finance Services, LLC (DE#30), and based upon the record, it is:

**ORDERED** as follows:

1.  The Debtor's Objection to Claim #10-1 is **SUSTAINED.**

2.  That Claim #10-1 is **ALLOWED** and shall not receive any payments from the Chapter 13 Estate.

(###)

Submitted By:
**Law Offices of Patrick L Cordero, Esq.**
Attorney for Debtor(s).
7333 Coral Way
Miami, Florida 33155
Tel: (305) 445-4855
        /s/  (FILED CM/ECF)
PATRICK L. CORDERO, ESQ.
FL Bar No. 801992
Patrick L. Cordero, Esquire is directed to furnish a conformed copy of this order to all interested parties.